MARK A. CAMPBELL (SB# 93595)  (SPACE BELOW FOR FILING STAMP ONLY)
MURPHY, CAMPBELL, GUTHRIE & ALLISTON
3640 American River Drive, Suite 150
Sacramento, CA  95864
Telephone: (916) 484-3500
Fax: (916) 484-3510

Attorneys for Plaintiff Mark Storms

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

MARK STORMS,

    Plaintiff,

vs.

JAMES CONFORTI,

    Defendant.

Case No. 2:06-CV-1070-MCE-GGH

**CONSENT TO SUBSTITUTION OF ATTORNEY AND ORDER**

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that plaintiff MARK STORMS makes the following substitution:

1. **Former legal representation:**
   FARMER, MURPHY, SMITH & ALLISTON,
   3640 American River Drive, Suite 150,
   Sacramento, California, 95864;
   Telephone: (916) 484-3500;
   Facsimile: (916) 484-3510;
   Email:  mcampbell@farmermurphy.com

2. **New legal representation:**
   MURPHY, CAMPBELL, GUTHRIE & ALLISTON,
   3640 American River Drive, Suite 150,
   Sacramento, California, 95864;
   Telephone: (916) 484-3500;
   Facsimile: (916) 484-3510;
   Email:  mcampbell@murphycampbell.com

//

3. The party making this substitution is the Plaintiff.

4. I consent to this substitution.

DATED: _____, 2006        By: _____
                                         Mark Storms, Plaintiff

5. I consent to the above substitution.

DATED: _____, 2006        FARMER, MURPHY, SMITH & ALLISTON

                                    By: _____
                                         Mark A. Campbell

6. I consent to the above substitution.

DATED: _____, 2006        MURPHY, CAMPBELL, GUTHRIE & ALLISTON

                                    By: _____
                                         Mark A. Campbell

IT IS SO ORDERED.

DATED: January 12, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE