UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MARK STORMS,                           No. 2:06-cv-1070-MCE-KJM

    Plaintiff,

  v.                                    ORDER

JAMES CONFORTI,

    Defendant.

----oo0oo----

Through the present motion, Defendant James Conforti seeks leave to file an amended answer including a compulsory counterclaim against Plaintiff Mark Storms for equitable indemnification. According to Defendant, after filing his Answer he became aware that he was paying a debt allegedly incurred while he and Plaintiff were operating a jointly-owned business.

Federal Rule of Civil Procedure 13(f) provides a party may seek leave of court to assert a counterclaim by amendment where the failure to do so originally was through oversight, inadvertence, or excusable neglect. On March 21, 2007, Plaintiff filed a Statement of Non-Opposition to Defendant's Motion.

1

Given that non-opposition, and good cause appearing therefor, Defendant's Motion to Amend Answer is GRANTED.[1] Defendant is directed to file and serve his proposed Amended Answer not later than ten (10) days following the date of this Order.

IT IS SO ORDERED.

Dated: April 23, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

---

[1] Because oral argument will not be of material assistance, the Court orders this matter submitted on the briefs. E.D. Cal. Local Rule 78-230(h).

2