MARK A. CAMPBELL (SB# 93595)
TIFFANY P. SCARBOROUGH (SB# 180981)
MURPHY, CAMPBELL, GUTHRIE & ALLISTON
3640 American River Drive, Suite 150
Sacramento, CA  95864
Telephone: (916) 484-3501
Fax: (916) 484-3511

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for Plaintiff Mark Storms

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK STORMS,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>JAMES CONFORTI,<br><br>　　　　　　Defendant. | Case No. 2:06-CV-01070-MCE-GGH<br><br>**STIPULATION AND ORDER REGARDING CONTINUANCE OF TRIAL DATE AND MOTION IN LIMINE HEARING DATE**<br><br>Trial:　　　November 13, 2008<br>Ctrm:　　　7<br>Judge:　　　Hon. Morrison C. England, Jr.<br><br>Complaint Filed:　　5/17/2006 |

　　　Plaintiff Mark Storms and Defendant James Conforti hereby submit their Stipulation and [Proposed] Order to Continue Trial Date.

　　　WHEREAS, on August 13, 2008, the Court, on its own motion, vacated the September 15, 2008 trial date and continued it to November 3, 2008;

　　　WHEREAS, on August 13, 2008, the Court, on its own motion, vacated the hearing on Motion In Limine and continued it to October 31, 2008;

　　　WHEREAS, Mark A. Campbell, counsel for Plaintiff Mark Storms is set to appear at trial in the Sacramento Superior Court commencing October 28, 2008 through November 6, 2008;

/ / /

/ / /

-1-

PDF created with pdfFactory trial version www.pdffactory.com

WHEREAS, counsel for Plaintiff Mark Storms will act as second chair counsel for a trial in the United States District Court, commencing November 4, 2008 through November 10, 2008;

**WHEREAS, the parties have agreed to continue the trial date to January 5, 2008 at 9:00 a.m. in Courtroom 7.**

**WHEREAS, the parties have agreed to continue the hearing on Motion in Limine to December 19, 2008 at 9:00 a.m. in Courtroom 7.**

Dated:  September 4, 2008           MURPHY, CAMPBELL, GUTHRIE & ALLISTON


By: _____
    Mark A. Campbell
    Tiffany P. Scarborough

Dated:  August __ 2008              LAW OFFICES OF GARY, TILL & BURLINGHAM


By: _____
    Steven R. Burlingham

PDF created with pdfFactory trial version www.pdffactory.com

ORDER

Having considered the Stipulation by and between Plaintiff Mark Storms and Defendant James Conforti, the trial in the Court's continued date for trial of the matter set for November 3, 2008 at 9:00 a.m. in Courtroom 7 shall be vacated and continued to commence January 5, 2009, at 9:00 a.m. in Courtroom 7.  The Court's continued date for hearing on Motion in Limine set for October 31, 2008 shall be continued to December 19, 2008 at 9:00 a.m. in Courtroom 7.

IT IS SO ORDERED.

DATED: September 4, 2008

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com