(SPACE BELOW FOR FILING STAMP ONLY)

MARK A. CAMPBELL (SB# 93595)
TIFFANY P. SCARBOROUGH (SB# 180981)
MURPHY, CAMPBELL, GUTHRIE & ALLISTON
8801 Folsom Blvd., Suite 230
Sacramento, CA  95826
Telephone: (916) 484-3501
Fax: (916) 484-3511

Attorneys for Plaintiff Mark Storms

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK STORMS,<br><br>               Plaintiff,<br><br>        vs.<br><br>JAMES CONFORTI,<br><br>               Defendant. | Case No. 2:06-CV-01070-MCE-GGH<br><br>**STIPULATION AND ORDER REGARDING CONTINUANCE OF TRIAL DATE**<br><br>Trial:         June 29, 2009<br>Ctrm:        7<br>Judge:       Hon. Morrison C. England, Jr.<br><br>Complaint Filed:     5/17/2006 |

    Having considered the Stipulation filed on February 19, 2009, by and between Plaintiff Mark Storms and Defendant James Conforti, the Court's continued date for trial of the matter set for June 29, 2009, at 9:00 a.m. in Courtroom 7 shall be vacated and continued to commence September 8, 2009, at 9:00 a.m. in Courtroom 7.

    IT IS SO ORDERED.

Dated: February 20, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com