UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MARK STORMS,                               No. 2:06-cv-01070-MCE-GGH

    Plaintiff,

  v.                                       MEMORANDUM AND ORDER

JAMES CONFORTI,

    Defendant.

----oo0oo----

Presently before the Court is an unopposed Motion by attorney Steven R. Burlingham ("Counsel") to Withdraw as Counsel of Record for Defendant James Conforti ("Defendant").[1]  Counsel so moves on the grounds that his client breached an agreement or obligation to the attorney regarding expenses and fees.

California Rule of Professional Conduct 3-700(C)(f) permits withdrawal of attorney due to a client's breach of financial obligation.

---

[1] Because oral argument will not be of material assistance, the Court orders this matter submitted on the briefs.  E.D. Cal. Local Rule 78-230(h).

1

1 However, pursuant to Local Rules, Counsel "may not withdraw
2 leaving the client *in propria persona* without leave of Court upon
3 noticed motion and notice to the client and all other parties who
4 have appeared." E.D. Cal. Local Rule 182(d). Counsel, through
5 service of Motion, has provided requisite notice to all necessary
6 parties. Additionally, Counsel has indicated to Defendant his
7 rights and obligations as a party representing himself *in propria*
8 *persona*.

9     Counsel has met all requirements of Local Rule 182, which
10 provides the guidelines for withdrawal before this Court, and
11 California Rule of Professional Conduct 3-700, which indicates an
12 attorney's professional obligations regarding withdrawal.

13     Good cause having been shown, counsel's Motion to Withdraw
14 (Docket No. 115) is GRANTED.

15     IT IS SO ORDERED.

Dated: February 18, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2