IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARK STORMS,

      Plaintiff,                           No. CIV S-06-1070 KJM GGH

  vs.

JAMES CONFORTI,                            ORDER

      Defendant.
_____/

        This matter was on calendar on April 27, 2011 for a status conference. Mark Campbell, Murphy, Campbell, Guthrie & Alliston appeared for plaintiff; James Conforti appeared in pro per.

        The court confirmed the matter for trial on July 25, 2011 at 9:00 a.m. in Courtroom Three. Trial confirmation and hearing on motions in limine will be held June 22, 2011 at 10:00 a.m. Any further motions in limine should be filed no later than May 25, with opposition due by June 8 and reply by June 15; motions should not exceed ten pages.

        IT IS SO ORDERED.

DATED: April 28, 2011.

2

stor1070.sts

UNITED STATES DISTRICT JUDGE